```
1  STEVEN M. SCHATZ, State Bar No. 118356, sschatz@wsgr.com
   KELLEY M. KINNEY, State Bar No. 216823, kkinney@wsgr.com
2  PAMELA E. GLAZNER, State Bar No. 247007, pglazner@wsgr.com
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile:  (650) 565-5100

6  Attorneys for Defendants
   ROBERT MILLER, BARBARA MILLER
7  AND ANNE MILLER
```

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENSPRINGS BAPTIST CHRISTIAN FELLOWSHIP TRUST,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT MILLER, an individual;<br>BARBARA MILLER, an individual;<br>ANNE MILLER, an individual;<br>JAMES P. CILLEY, an individual;<br>MARK. A. SCHMUCK, an individual; and<br>TEMMERMAN, CILLEY & KOHLMANN, LLP,<br><br>    Defendants. | CASE NO.: 09-CV-1054 EMC<br><br>**STIPULATION TO EXTEND TIME IN WHICH DEFENDANTS ROBERT MILLER, BARBARA MILLER AND ANNE MILLER MUST FILE A RESPONSIVE PLEADING** ; ORDER |

WHEREAS, plaintiff Greensprings Baptist Christian Fellowship Trust ("Greensprings") filed its initial Complaint on March 10, 2009;

WHEREAS, Greensprings filed its First Amended Complaint on March 13, 2009;

WHEREAS, defendants Robert Miller, Barbara Miller and Anne Miller's (the "Miller defendants") agreed to waive service of summons on April 16, 2009;

WHEREAS, the Miller defendants' responsive pleading is currently due on May 18, 2009;

1  WHEREAS, the Miller defendants requested a courtesy extension of the time by which they must file their answer or otherwise respond to Greensprings' First Amended Complaint until on or before June 1, 2009, to which Greensprings agreed;

NOW THEREFORE, because the extension of time will not alter the date of any event or any deadline already fixed by court order, pursuant to Northern District of California Civil Local Rule 6-1(a), Greensprings and the Miller defendants, by and through their undersigned counsel of record, met and conferred, and hereby agree and stipulate that the deadline for Robert Miller, Barbara Miller and Anne Miller to file their answer or otherwise respond to Greensprings' First Amended Complaint shall be on or before June 1, 2009.

Dated: April 29, 2009

LAW OFFICES OF CARLETON L. BRIGGS
3510 Unocal Place, Suite 209
Santa Rosa, CA 95403-0918
Telephone: (707) 523-2251
Facsimile: (707) 523-2253

By: _____/s/ Carleton L. Briggs_____

Carleton L. Briggs

*Counsel for Plaintiff Greensprings Baptist Christian Fellowship Trust*

Dated: April 29, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

By: _____/s/ Kelley M. Kinney_____

Kelley M. Kinney

*Counsel for Defendants Robert Miller, Barbara Miller and Anne Miller*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Pamela E. Glazner, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of April, 2009 at Palo Alto, California.

By:   /s/ Pamela E. Glazner

Pamela E. Glazner

*Counsel for Defendants Robert Miller, Barbara Miller and Anne Miller*

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge



STIPULATION EXTENDING TIME IN WHICH MILLER DEFENDANTS MUST FILE A RESPONSIVE PLEADING, CASE NO. 09-CV-1054 EMC

-3-

3665235_2