CARLETON L. BRIGGS, SBN 117361
Law Offices of Carleton L. Briggs
3510 Unocal Place, Suite 209
Santa Rosa, CA 95403-0918
Telephone: (707) 523-2251
Facsimile: (707) 523-2253
E-mail: clbriggs@sonic.net

JAMES E. RICE, SBN 213670
Attorney and Counselor at Law
811 East Chicago Street
Caldwell, Idaho 83605
Telephone (208) 453-5122
Facsimile (208) 453-4861
E-mail: jimrice@q.com

Attorneys for Plaintiff
GREENSPRINGS BAPTIST
CHRISTIAN FELLOWSHIP TRUST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENSPRINGS BAPTIST CHRISTIAN FELLOWSHIP TRUST,<br><br>Plaintiff,<br><br>v.<br><br>JAMES P. CILLEY, an individual; MARK A. SCHMUCK, an individual; and TEMMERMAN, CILLEY & KOHLMANN, LLP,<br><br>Defendants. | Case No. C 09-01054 SC<br><br>STIPULATION TO CONTINUE HEARING ON DEFENDANTS' SPECIAL MOTION TO STRIKE SECOND AMENDED COMPLAINT; [PROPOSED] ORDER THEREON<br><br>Date: January 8, 2010<br>Time: 10:00 a.m.<br>Courtroom: 1, 17th Floor<br>Judge: Hon. Samuel Conti<br><br>Complaint filed: March 10, 2009<br>Trial date: None |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the Court continue the hearing on Defendants' Special Motion to Strike the Second Amended Complaint from January 8, 2010 to January 22, 2010, or a date thereafter which is convenient to the Court, in order that Plaintiff shall have the opportunity to review documents requested in discovery, whose production by

Defendants has been unexpectedly delayed, before filing its Opposition.

DATED: December 8, 2009

/s/ Carleton L. Briggs
CARLETON L. BRIGGS

DATED: December 8, 2009

/s/ James E. Rice
JAMES E. RICE, ESQ.

Attorneys for Plaintiff GREENSPRINGS BAPTIST CHRISTIAN FELLOWSHIP TRUST

DATED: December 8, 2009      ROECA HAAS HAGER LLP

By: /s/ Russell S. Roeca
RUSSELL S. ROECA, ESQ.

By: /s/ Daniel W. Hager
DANIEL W. HAGER, ESQ.

Attorneys for Defendants JAMES P. CILLEY, MARK A. SCHMUCK, and TEMMERMAN, CILLEY & KOHLMANN, LLP

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]*

## ATTESTATION PURSUANT TO GENERAL ORDER 45(X)(B)

I, Carleton L. Briggs, attest that concurrence in the electronic filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of December, 2009 at Santa Rosa, California.

/s/ Carleton L. Briggs

1 | **ORDER**
2 | IT IS SO ORDERED.
3 |
4 | DATED:
5 |
6 | _____
   | United States District Judge
7 |
8 |
...