IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENSPRINGS BAPTIST CHRISTIAN FELLOWSHIP TRUST,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES P. CILLEY, an individual; MARK A. SCHMUCK, an individual; and TEMMERMAN, CILLEY & KOHLMANN, LLP,<br><br>    Defendants. | Case No. 09-1054 SC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES |

On May 26, 2011, the Court denied the anti-SLAPP motion to strike this action filed by Defendants James P. Cilley, Mark A. Schmuck, and the law firm of Temmerman, Cilley & Kohlmann, LLP ("Defendants"). ECF 131. Now before the Court is Plaintiff Greensprings Baptist Christian Fellowship Trust's ("Greensprings") fully briefed motion for attorneys' fees as a prevailing party on an anti-SLAPP motion under section 425.16(c)(1) of California's Code of Civil Procedure. ECF Nos. 133 ("Mot."), 139 ("Opp'n"), 144 ("Reply").

A plaintiff who prevails on an anti-SLAPP motion to strike is entitled to attorneys' fees "[i]f the court finds that a special motion to strike is frivolous or is solely intended to cause

1  unnecessary delay."  Cal. Civ. Proc. Code § 425.16(c)(1); see id. §
2  128.5.  Having considered all the papers before the Court and the
3  arguments made therein, the Court determines that Defendants' anti-
4  SLAPP motion was neither frivolous nor solely intended to cause
5  unnecessary delay.  Accordingly, it DENIES Plaintiff's Motion.

7       IT IS SO ORDERED.

9       Dated: August 8, 2011         
10                                    UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California