RUSSELL S. ROECA (State Bar # 97297)
EDWARD D. HAAS (State Bar # 76647)
ROECA HAAS HAGER LLP
250 Montgomery Street, Suite 1410
San Francisco, CA 94104
Telephone: (415) 352-0980
Facsimile:  (415) 352-0988
Email: rroeca@r2hlaw.com

Attorneys for Defendants
JAMES P. CILLEY, MARK A. SCHMUCK, and
TEMMERMAN, CILLEY & KOHLMANN, LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GREENSPRINGS BAPTIST CHRISTIAN FELLOWSHIP TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT MILLER, an individual; BARBARA MILLER, an individual; ANNE MILLER, an individual; JAMES P. CILLEY, an individual; MARK A. SCHMUCK, an individual; and TEMMERMAN, CILLEY & KOHLMANN, LLP,<br><br>Defendants. | Case No. C 09-01054 SC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE ADR PROCESS**<br><br>Judge: Hon. Samuel Conti<br><br>Complaint filed: 3/10/09<br>First Amended Complaint filed: 3/13/09<br>Second Amended Complaint filed: 8/27/09<br>Trial date: None |

The parties have agreed to mediate this case, and have selected Ellen James as the mediator for this case.

Docket no. 158, the court's order dated December 17, 2013 referring the case to mediation, required that mediation be completed within 90 days of the order.

Docket no. 159, the court's December 17, 2013 order approving the parties' stipulation to go to mediation, required that the parties complete mediation by January 31, 2014.

The parties are in the process of identifying dates in February that are open for the parties, counsel and the mediator for the mediation.

As such, the parties respectfully request that the court modify its order referring the case to mediation to reflect that the mediation be completed by March 31, 2014. This would allow the parties to potentially schedule another mediation session if it does not resolve at the initially set mediation date.

Dated: January ___, 2014              ROECA HAAS HAGER LLP

                                      By: ___/s/_____
                                          Russell S. Roeca
                                          Attorneys for Defendants
                                          JAMES P. CILLEY, MARK A. SCHMUCK,
                                          and TEMMERMAN, CILLEY & KOHLMANN,
                                          LLP

Dated: January ___, 2014              CARLETON L. BRIGGS and JAMES E RICE

                                      By: ___/s/_____
                                          Carleton L. Briggs
                                          Attorneys for Plaintiff
                                          GREENSPRINGS BAPTIST CHRISTIAN
                                          FELLOWSHIP TRUST

**ORDER**

_X_  The parties Stipulation is adopted and IT IS SO ORDERED.

___  The parties Stipulation is adopted as modified and IT IS SO ORDERED.

Dated: January _22_, 2014             _____
                                      UNITED STATES DISTRICT JUDGE

G:\Greensprings\Pleadings\Notice of Change of Address.docx

STIPULATION AND ORDER RE: MEDIATION        2        GREENSPRINGS BAPTIST CHRISTIAN FELLOWSHIP TRUST v. MILLER, et al.
                                                    Case No. C 09-01054 SC